# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**VERNEST RAY CHACKEE,**

      **Petitioner,**

**v.**                                                 **No. 21-cv-0191 WJ/SMV**

**DAVID E. ORTIZ,**

      **Respondent.**

## <u>ORDER TO SHOW CAUSE</u>

THIS MATTER is before the Court sua sponte in connection with Vernest Ray Chackee's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241.   [Doc. 1].   Mr. Chackee filed the Petition while incarcerated at FCI Fort Dix in New Jersey.   The Bureau of Prisons inmate locator website reflects Petitioner is no longer in custody, https://www.bop.gov/inmateloc/ (last visited Oct. 27, 2022), and he has not provided a current address as required by D.N.M.LR-Civ. 83.6.

**IT IS THEREFORE ORDERED** that **no later than November 28, 2022**, Petitioner must notify the Clerk in writing of his new address or show cause why this action should not be dismissed.   The failure to timely comply will result in dismissal without further notice.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**